IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

EDDY VANTIGER,                              3:12-CV-00317-ST

        Plaintiff,                         ORDER

v.

MONEY MANAGER CASCADIA,

        Defendant.

BROWN, Judge.

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#5) on February 27, 2012, in which she recommends the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (#1), *sua sponte* dismiss Plaintiff's Complaint without prejudice, and grant Plaintiff leave to file an amended complaint to cure the defects set out in the Findings and Recommendation.

1 - ORDER

After an extension of time, Plaintiff filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

Plaintiff's Objections state in their entirety:

> I wish to show that thay [*sic*] told a lie!  I wish you to know thay [*sic*] don't want me to have a hearing!  I am out of cash till Thurs of the 5 of April or whatever is next month all food will be eat at suop [*sic*] lines in downtown in a walk from 82 and Foster to show [illegible] thay[ *sic*] say I ahve two good feet!  BS I am out of musle [*sic*] pills and headakes [*sic*].

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and

Recommendation (#5). Accordingly, the Court **GRANTS** Plaintiff's Application to Proceed *In Forma Pauperis* (#1) and **DISMISSES** Plaintiff's Complaint **without prejudice** and with leave for Plaintiff to file an amended complaint to cure the deficiencies set out in the Magistrate Judge's Findings and Recommendation **no later than June 29, 2012.**

    IT IS SO ORDERED.

    DATED this 16th day of May, 2012.


                                         /s/ Anna J. Brown

                                         ANNA J. BROWN
                                         United States District Judge